

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00027-CV

| | | |
|---|---|---|
| ANGELA BENNETT, INDIVIDUALLY AND AS NEXT FRIEND OF N.O., A MINOR; AND JESSICA CROSHMAN, Appellants | § § § § § | On Appeal from the 17th District Court of Tarrant County (017-278619-15) August 26, 2019 |
| V. | | |
| REANA DANAE JOUBERT, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Angela Bennett, Individually and as Next Friend of N.O., a Minor; and Jessica Croshman shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth